IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FERNANDO VILLENA,
    Plaintiff,

vs.                                              Case No.: 5:12cv286/RS/EMT

SERGEANT NOA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint in Spanish under 42 U.S.C. § 1983 (doc. 1). By order of this court dated September 7, 2012, Plaintiff was given thirty (30) days in which to file an amended complaint in English, and to submit a complete motion to proceed in forma pauperis or pay the filing fee in the amount of $350.00 (*see* doc. 3). Plaintiff failed to respond and, therefore, on October 16, 2012, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 4). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint or submit a complete motion to proceed in forma pauperis or pay the filing fee, or file anything further with the court.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 9th day of November 2012.

                                              /s/ *Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**